Mei Tsang (California State Bar No. 237959)
mtsang@fishiplaw.com
Robert Fish (California State Bar No. 149711)
rfish@fishiplaw.com
Rosie Kim (California State Bar No. 280256)
rkim@fishiplaw.com
Daniel Kwok (California State Bar No. 265263)
dkwok@fishiplaw.com
FISH & ASSOCIATES, PC
2603 Main Street, Suite 1000
Irvine, California 92614-4271
Telephone:  949-943-8300
Facsimile:   949-943-8358

Attorneys for Plaintiff EPROPERTYSITES, LLC

Matthew L. Seror (California State Bar No. 235043)
mseror@buchalter.com
Michael J. Muse-Fisher (California State Bar No. 253232)
mmuse-fisher.com
BUCHALTER NEMER, APC
1000 Wilshire Boulevard, Suite 1500
Los Angeles, CA 90017-2457
Telephone:  213-891-0700
Facsimile:   213-896-0400

Attorneys for Defendants
LISTINGS-TO-LEADS, LLC, SCOTT PIERCE, and YE GONG

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EPROPERTYSITES, LLC, a Limited Liability Company,<br><br>Plaintiff,<br><br>v.<br><br>LISTINGS-TO-LEADS, LLC, a Limited Liability Company, SCOTT PIERCE, an individual, and YE GONG, an individual, and DOES 1 THROUGH 20, INCLUSIVE,<br><br>Defendants. | CASE NO. 8:12 CV 00578 CJC (RNBx)<br><br>**Honorable Cormac J. Carney**<br><br>**STIPULATION RE: DISMISSAL WITH PREJUDICE**<br><br><br>**Complaint Filed April 17, 2012** |

/ / /

-1-
STIPULATION RE: DISMISSAL WITHOUT PREJUDICE

1  Plaintiff EPROPERTYSITES, LLC ("EPROPERTY") and defendants
2  LISTING-TO-LEADS, SCOTT PIERCE and YE GONG ("L2L"), pursuant to Fed.
3  R. Civ. P. §§ 41(a)(1)(A)(ii) and 41(a)(2), represent to the Court that they have
4  executed a Binding Settlement Agreement calling for the dismissal of this case in
5  its entirety with prejudice, and accordingly hereby request and move for an Order
6  dismissing this case and all asserted claims, and with each party to bear its own
7  costs, expenses and attorneys fees.

    A proposed Order is being lodge concurrently herewith.

FISH & ASSOCIATES, PC

Dated: March 20, 2013

By: /s/ Mei Tsang

Mei Tsang, Esq.
Attorneys for Plaintiff
ePropertySites, LLC

Respectfully submitted,

BUCHALTER NEMER, APC

Dated: March 20, 2013

By: /s/ Matthew L. Seror

Matthew L. Seror, Esq.
Attorneys for Defendants
LISTINGS-TO-LEADS, LLC, SCOTT
PIERCE and YE GONG