JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EPROPERTYSITES, LLC, a Limited Liability Company,<br><br>   Plaintiff,<br><br>   v.<br><br>LISTINGS-TO-LEADS, LLC, a Limited Liability Company, SCOTT PIERCE, an individual, and YE GONG, an individual, and DOES 1 THROUGH 20, INCLUSIVE,<br><br>   Defendants. | **CASE NO. 8:12 CV 00578 CJC (RNBx)**<br><br>**Honorable Cormac J. Carney**<br><br>**ORDER RE: DISMISSAL WITH PREJUDICE**<br><br><br><br>**Complaint Filed April 17, 2012** |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

CAME THIS DAY for consideration the Stipulation re: Dismissal with Prejudice of the asserted claims, affirmative defenses and prayers for relief

-1-
ORDER RE: DISMISSAL WITHOUT PREJUDICE

1  between Plaintiff ePropertysites, LLC and Defendants Listings-to-Leads, Scott
2  Pierce and Ye Gong in this case.
3         Good cause appearing, it is hereby:
4         ORDERED, ADJUDGED AND DECREED that this case and all claims and
5  prayers for relief therein are dismissed in their entirety with prejudice; and that
6  each party is to bear its own costs, expenses and attorneys' fees.
7
   DATED: March 22, 2013
8                                          _____
                                           Honorable Cormac J. Carney,
9                                          U.S. District Court Judge

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

-3-
ORDER RE: DISMISSAL WITHOUT PREJUDICE